IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD D. VETETO,)
)
Petitioner,)
)
v.) CIVIL ACTION NO. 99-JEO-2403-S
)
WARDEN ROY HIGHTOWER and)
THE ATTORNEY GENERAL OF)
THE STATE OF ALABAMA,)
)
Respondents.)

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petitioner's motion for summary judgment (doc. 36) is due to be denied without prejudice and further review of the petition for a writ of habeas corpus is due to be stayed to afford the petitioner the opportunity to file a Rule 32 petition with the state courts to raise any unexhausted challenges he intends to present in this matter. An appropriate order will be entered.

**DONE**, this 14th day of June, 2001.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

